UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CV-00522-FDW-DSC

| | |
|---|---|
| SERIES 1 OF OXFORD INSURANCE COMPANY NC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUCKLEY LLP, <br><br> Defendant. | **DEFENDANT BUCKLEY LLP'S MOTION TO DISMISS THE COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant Buckley LLP ("Buckley") respectfully moves to dismiss the Complaint filed by Plaintiff Series 1 of Oxford Insurance Company NC, LLC ("Oxford") for lack of subject matter jurisdiction. In support of this motion, Buckley submits the following memorandum of law and accompanying sworn declaration of James T. Parkinson.

Dated: October 30, 2019

/s/ *Joshua D. Davey*
Joshua D. Davey (N.C. Bar No. 35246)
Andrew D. Atkins (N.C. Bar No. 44188)
McGuireWoods LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300
jdavey@mcguirewoods.com
aatkins@mcguirewoods.com

Mary Ellen Goode (N.C. Bar. No. 50733)
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601

Telephone: (919) 755-6600
Facsimile: (919) 755-6900
mgoode@mcguirewoods.com

John K. Villa (*pro hac vice* forthcoming)
William T. Burke (*pro hac vice* forthcoming
Elizabeth A. Wilson (*pro hac vice* forthcoming)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jvilla@wc.com
wburke@wc.com
ewilson@wc.com

*Attorneys for Defendant Buckley LLP*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served on all counsel of record on October 30, 2019, using the Court's ECF system, which will send a notification of such filing.

/s/ *Joshua D. Davey*
Joshua D. Davey (N.C. Bar No. 35246)
