UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:19-cv-00522-FDW-DSC

| | |
|---|---|
| SERIES 1 OF OXFORD INSURANCE COMPANY NC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BUCKLEY LLP, <br><br> Defendant. | **BUCKLEY LLP'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Buckley LLP, by and through the undersigned counsel, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ☐ Yes   ☒ No

2. Does party have any parent corporations?

   ☐ Yes   ☒ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations: N/A

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ☐ Yes   ☒ No

   If yes, identify all such owners: N/A

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ☐ Yes   ☒ No

5. Is party a trade association?

☐ Yes  ☒ No

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee: N/A

This the 31st day of October, 2019.

/s/ *Mary Ellen Goode*
Joshua D. Davey (N.C. Bar No. 35246)
Andrew D. Atkins (N.C. Bar No. 44188)
McGuireWoods LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300
jdavey@mcguirewoods.com
aatkins@mcguirewoods.com

Mary Ellen Goode (N.C. Bar. No. 50733)
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Telephone: (919) 755-6600
Facsimile: (919) 755-6900
mgoode@mcguirewoods.com

John K. Villa (*pro hac vice* forthcoming)
William T. Burke (*pro hac vice* forthcoming)
Elizabeth Wilson (*pro hac vice* forthcoming)
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jvilla@wc.com
wburke@wc.com
ewilson@wc.com

*Attorneys for Defendant Buckley LLP*