UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON
Case No. 3:19-cv-00522

| | |
|---|---|
| SERIES 1 OF OXFORD INSURANCE COMPANY NC, LLC, | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) NOTICE OF VOLUNTARY DISMISSAL |
| | ) WITHOUT PREJUDICE |
| BUCKLEY, LLP, | ) |
| | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, Series 1 of Oxford Insurance Company NC, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby gives notice of voluntary dismissal without prejudice. The parties have conferred and Buckley, LLP consents to this dismissal.

Respectfully submitted, this the 7th day of November 2019.

/s/ James P. Cooney III
James P. Cooney III
NC Bar No. 12140
Womble Bond Dickinson (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
Telephone: (704) 331-4980
Facsimile: (704) 338-7838
E-Mail: Jim.Cooney@wbd-us.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2019, a copy of the foregoing **Notice of Voluntary Dismissal Without Prejudice** was served on all counsel of record using the Court's ECF system, which will send a notification of such filing.

      */s/ James P. Cooney III*
James P. Cooney III
NC Bar No. 12140
Womble Bond Dickinson (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
Telephone: (704) 331-4980
Facsimile: (704) 338-7838
E-Mail: Jim.Cooney@wbd-us.com