UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:19-cv-00522

| | |
|---|---|
| SERIES 1 OF OXFORD INSURANCE COMPANY NC, LLC, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) STIPULATION OF DISMISSAL |
| | ) WITHOUT PREJUDICE |
| BUCKLEY LLP, | ) |
| | ) |
| Defendant. | ) |

NOW COME the Parties to this action, Plaintiff, Series 1 of Oxford Insurance Company NC, LLC, and Defendant, Buckley LLP, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of this action without prejudice.

Respectfully submitted, this the 8th day of November 2019.

/s/ James P. Cooney III
James P. Cooney III
(NC Bar No. 12140)
Womble Bond Dickinson (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
Telephone: (704) 331-4980
Facsimile: (704) 338-7838
E-Mail: Jim.Cooney@wbd-us.com

*Attorneys for Plaintiff, Series I of Oxford Insurance Company NC, LLC*

/s/ Joshua D. Davey
Joshua D. Davey
(NC Bar No. 35246)
McGuireWoods LLP
201 N. College Street; Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2000
Facsimile: (704) 343-2300
E-Mail: jdavey@mcguirewoods.com

*Attorneys for Defendant, Buckley LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, a copy of the foregoing **Stipulation of Dismissal Without Prejudice** was served on all counsel of record using the Court's ECF system, which will send a notification of such filing.

*/s/ James P. Cooney III*
James P. Cooney III
NC Bar No. 12140
Womble Bond Dickinson (US) LLP
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, NC 28202-6037
Telephone: (704) 331-4980
Facsimile: (704) 338-7838
E-Mail: Jim.Cooney@wbd-us.com